# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**COREY HOLLAND**                                                                                        **PETITIONER**

**v.**                                           **No. 3:20-CV-00259-GHD-RP**

**MDOC**                         **RESPONDENT(S)**

## ORDER

      **Corey Holland** has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

      **SO ORDERED**, this, the 25th day of September, 2020.

                                                         /s/ Roy Percy
                                                         **ROY PERCY**
                                                         **UNITED STATES MAGISTRATE JUDGE**