## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**COREY HOLLAND**                                         **PETITIONER**

**v.**                                             **No. 3:20CV259-GHD-RP**

**MDOC**                                           **RESPONDENT**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED**.

The petitioner's grounds regarding: (1) his underlying 2013 guilty plea and conviction for aggravated assault and resulting sentence; (2) the 2015 revocation of his PRS; (3) the 2017 revocation of his PRS; and (4) the 2018 revocation of his modified supervision are **DISMISSED** with prejudice as untimely filed under 28 U.S.C. § 2244(d). In addition, the petitioner's ground for relief regarding (5) his challenge to the 2020 revocation and imposition of his suspended sentence for aggravated assault is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 24th day of August, 2021.

SENIOR UNITED STATES DISTRICT JUDGE